United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

DONALD R. ALLEN,

            Plaintiff,                        No. C 12-5011 PJH (PR)

   vs.                                 **ORDER OF DISMISSAL**

DR. MACK,

            Defendant.

_____/

      This case was opened when plaintiff wrote a letter to the court regarding medical care. In an effort to protect his rights, it was filed as a new case. Plaintiff was informed that he had not filed a complaint and was given thirty days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed thirty days to either pay the fee or file the application. More than thirty days has passed and plaintiff has not filed a complaint or an application to proceed IFP. This case is therefore **DISMISSED** without prejudice. The clerk shall close the file.

      **IT IS SO ORDERED.**

Dated: January 7, 2013.

                                PHYLLIS J. HAMILTON
                                United States District Judge

G:\PRO-SE\PJH\CR.12\Allen5011.dsm-ifp.wpd