United States District Court
For the Northern District of California

1
2
3                    UNITED STATES DISTRICT COURT
4                    NORTHERN DISTRICT OF CALIFORNIA
5                          OAKLAND DIVISION
6
7    DONALD R. ALLEN,
8                    Plaintiff,              No. C 12-5011 PJH (PR)
9       vs.                                  **ORDER OF DISMISSAL**
10   DR. MACK,
11                   Defendant.
                                        /
12
         This case was opened when plaintiff wrote a letter to the court regarding medical
13
     care.  In an effort to protect his rights, it was filed as a new case.  Plaintiff was informed that
14
     he had not filed a complaint and was given thirty days to do so.  He also was sent a notice
15
     that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP");
16
     again, he was allowed thirty days to either pay the fee or file the application.  More than
17
     thirty days has passed and plaintiff has not filed a complaint or an application to proceed
18
     IFP.  This case is therefore **DISMISSED** without prejudice.  The clerk shall close the file.
19
         **IT IS SO ORDERED.**
20
     Dated: January 7, 2013.          _____
21                                         PHYLLIS J. HAMILTON
22                                      United States District Judge
23
24   G:\PRO-SE\PJH\CR.12\Allen5011.dsm-ifp.wpd
25
26
27
28